**Dismissed and Opinion Filed June 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00636-CR
### No. 05-18-00637-CR

**CHRISTOPHER L. JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F95-00288-W & F95-00289-W**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Stoddart
Opinion by Justice Lang

On May 31, 2018, Christopher L. Jones filed notices of appeal for the above two cases. In his notices, appellant states he was convicted on or about April 28, 1995.

To challenge his convictions, appellant had to file his notices of appeal with the trial court clerk within thirty days of the date sentence was imposed, that is, by May 30, 1995. *See* TEX. R. APP. P. 4.1, 26.2(a)(1). Appellant's notices of appeal were untimely, leaving us without jurisdiction over the appeals. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam).

We dismiss these appeals for want of jurisdiction.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
180636F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

CHRISTOPHER L. JONES, Appellant

No. 05-18-00636-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F95-00288-W.
Opinion delivered by Justice Lang, Justices Myers and Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 25th day of June, 2018.



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

CHRISTOPHER L. JONES, Appellant

No. 05-18-00637-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F95-00289-W.
Opinion delivered by Justice Lang, Justices Myers and Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 25th day of June, 2018.